**Order entered December 23, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-01490-CV

## PAUL MUNDHEIM, ET AL., Appellants

## V.

## SCOTT LEPP, ET AL., Appellees

**On Appeal from the County Court at Law No. 4**
**Dallas County, Texas**
**Trial Court Cause No. CC-18-01169-D**

## ORDER

Before the Court is appellants' December 18, 2019 motion to abate this appeal. In their motion, appellants explain that the trial court signed an amended judgment on December 2, 2019 that superseded the judgment on appeal. Pursuant to rule 27.3 of the Texas Rules of Appellate Procedure, we treat this appeal as from the amended judgment. *See* TEX. R. APP. P. 27.3.

We **DENY** the motion. Assuming appellants file a post-judgment motion extending the appellate timetable, the clerk's record and any additional reporter's record shall be filed by March 16, 2020. *See id.* 35.1(a).

/s/     BILL WHITEHILL
        JUSTICE